

**IKON Document Efficiency At Work.**

| Pay Date | 05/09/2008 | Regular Paystub | |
|---|---|---|---|
| IKON Office Solutions, Inc.<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | | Susan L. Primm<br>10807 Silverado Trace Dr<br>Houston, TX 77095-6011 | |
| SSN | ***-**-0939 | Pay Advice # | 1391137 |
| Employee ID | 150110 | Period Begin Date | 04/21/2008 |
| Department | R11150 | Period End Date | 05/04/2008 |
| Taxable Marital Status | Single | Pay Frequency | Bi-weekly |
| Base Pay Rate | $1,900.00 | | |

| Allowances | | Additional Amounts | | State and Local Codes | | | |
|---|---|---|---|---|---|---|---|
| Federal: | 0 | Fed: | | PRI: | TX | Loc 1: | Loc 4: |
| State: | 0 | State: | | SEC: | | Loc 2: | Loc 5: |
| Local: | 0 | Local: | | | | Loc 3: | |

| EARNINGS | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Pay | | 72.00 | 1,710.00 | 17,005.00 |
| Taxable Expense | | | 150.00 | 1,350.00 |
| Sick | | 8.00 | 190.00 | 380.00 |
| Commission | | | 0.00 | 7,166.97 |
| Floating Holiday | | | 0.00 | 570.00 |
| Holiday | | | 0.00 | 380.00 |
| Vacation | | | 0.00 | 665.00 |
| TOTAL EARNINGS | | | | |

| PRE-TAX DEDUCTIONS | | |
|---|---|---|
| Medical | 139.97 | 1,399.70 |
| 401(k) Savings | 190.00 | 2,616.70 |
| Basic Life | 15.85 | 158.50 |
| Dental | 21.77 | 217.70 |
| Health FSA | 60.00 | 597.70 |
| Vision | 9.00 | 90.00 |
| TOTAL PRE-TAX DEDUCTIONS | | |

| TAXES | | |
|---|---|---|
| Social Security | 113.37 | 1,568.89 |
| Medicare | 26.52 | 366.92 |
| Federal Withholding | 249.05 | 4,065.84 |
| TOTAL TAXES | | |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| STD After Tax | 7.10 | 68.98 |
| Dependent Life | 0.83 | 8.30 |
| Met Life | 7.62 | 76.20 |
| Spouse Life | 1.97 | 19.70 |
| Supplemental LTD | 3.19 | 31.90 |
| TOTAL AFTER TAX DEDUCTIONS | | |

| Net Pay | | |

| TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION | | |
|---|---|---|
| Group Term Life | 16.15 | 161.50 |
| Imputed Income | 9.11 | 89.88 |
| Sick Accrual | 1.85 | 0.00 |
| Vacation Accrual | 4.62 | 0.00 |

### SICK & VACATION BALANCE SUMMARY

| Leave Type | Carry Over | Accrued | Taken | 6 Month Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 0.00 | 33.30 | 24.00 | 0.00 | 9.30 | 06/21/1999 |
| VACATION | 0.00 | 73.92 | 28.00 | 0.00 | 45.92 | 06/21/1999 |

### EXTENDED PAY SUMMARY

| SUMMARY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Gross Earnings | $2,050.00 | $27,516.97 |
| Pre-Tax Deductions | $436.59 | $5,080.30 |
| Federal Taxable Wages | $1,638.67 | $22,688.05 |
| Social Security Taxable Wages | $1,828.67 | $25,304.75 |
| Medicare (HI) Taxable Wages | $1,828.67 | $25,304.75 |
| Total Taxes | $388.94 | $6,001.65 |
| After-Tax Deductions | $20.71 | $205.08 |
| Net Pay | $1,203.76 | $16,229.94 |

### PAY DISTRIBUTION LIST

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Primm Checking | Checking or Money Market | $1,203.76 | 9612503285 | Wells Fargo Bank, National Association |



# IKON Document Efficiency At Work.

| Pay Date | 05/23/2008 | | Regular Paystub | | |
|---|---|---|---|---|---|
| IKON Office Solutions, Inc.<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | | | Susan L. Primm<br>10807 Silverado Trace Dr<br>Houston, TX 77095-6011 | | |
| SSN | ***-**-0939 | | Pay Advice # | 1411061 | |
| Employee ID | 150110 | | Period Begin Date | 05/05/2008 | |
| Department | R11150 | | Period End Date | 05/18/2008 | |
| Taxable Marital Status | Single | | Pay Frequency | Bi-weekly | |
| Base Pay Rate | $1,900.00 | | | | |
| Allowances | Additional Amounts | | | State and Local Codes | |
| Federal: 0 | Fed: | | PRI: TX | Loc 1: | Loc 4: |
| State: 0 | State: | | SEC: | Loc 2: | Loc 5: |
| Local: 0 | Local: | | | Loc 3: | |

| EARNINGS | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Pay | | 76.00 | 1,805.00 | 16,810.00 |
| Taxable Expense | | | 150.00 | 1,500.00 |
| Vacation | | 4.00 | 95.00 | 760.00 |
| Commission | | | 0.00 | 7,166.97 |
| Floating Holiday | | | 0.00 | 570.00 |
| Holiday | | | 0.00 | 380.00 |
| Sick | | | 0.00 | 380.00 |
| TOTAL EARNINGS | | | | |

| PRE-TAX DEDUCTIONS | | |
|---|---|---|
| Medical | 139.97 | 1,539.67 |
| 401(k) Savings | 190.00 | 2,806.70 |
| Basic Life | 15.85 | 174.35 |
| Dental | 21.77 | 239.47 |
| Health FSA | 60.00 | 657.70 |
| Vision | 9.00 | 99.00 |
| TOTAL PRE-TAX DEDUCTIONS | | |

| TAXES | | |
|---|---|---|
| Social Security | 113.38 | 1,682.27 |
| Medicare | 26.51 | 393.43 |
| Federal Withholding | 249.05 | 4,314.89 |
| TOTAL TAXES | | |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Garnishment | 377.76 | 377.76 |
| STD After Tax | 7.10 | 76.08 |
| Dependent Life | 0.83 | 9.13 |
| Met Life | 7.62 | 83.82 |
| Spouse Life | 1.97 | 21.67 |
| Supplemental LTD | 3.19 | 35.09 |
| TOTAL AFTER-TAX DEDUCTIONS | | $603.55 |

| NET PAY | | $17,055.94 |
|---|---|---|

| TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION | | |
|---|---|---|
| Group Term Life | 16.15 | 177.65 |
| Imputed Income | 9.11 | 98.99 |
| Sick Accrual | 1.85 | 0.00 |
| Vacation Accrual | 4.62 | 0.00 |

### SICK & VACATION BALANCE SUMMARY

| Leave Type | Carry Over | Accrued | Taken | 6 Month Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 0.00 | 35.15 | 24.00 | 0.00 | 11.15 | 06/21/1999 |
| VACATION | 0.00 | 78.54 | 32.00 | 0.00 | 46.54 | 06/21/1999 |

### EXTENDED PAY SUMMARY

| SUMMARY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Gross Earnings | $2,050.00 | $29,566.97 |
| Pre-Tax Deductions | $436.59 | $5,516.89 |
| Federal Taxable Wages | $1,638.67 | $24,326.72 |
| Social Security Taxable Wages | $1,828.67 | $27,133.42 |
| Medicare (HI) Taxable Wages | $1,828.67 | $27,133.42 |
| Total Taxes | $388.94 | $6,390.59 |
| After-Tax Deductions | $398.47 | $603.55 |
| Net Pay | $826.00 | $17,055.94 |

### PAY DISTRIBUTION LIST

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Primm Checking | Checking or Money Market | $826.00 | 9612503265 | Wells Fargo Bank, National Association |



**IKON Document Efficiency At Work.**

| Pay Date | 06/06/2008 | Regular Paystub | |
|---|---|---|---|
| IKON Office Solutions, Inc.<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210 | | Susan L. Primm<br>10807 Silverado Trace Dr<br>Houston, TX 77095-6011 | |
| SSN | ***-**-0939 | Pay Advice # | 1432248 |
| Employee ID | 150110 | Period Begin Date | 05/19/2008 |
| Department | R11150 | Period End Date | 06/01/2008 |
| Taxable Marital Status | Single | Pay Frequency | Bi-weekly |
| Base Pay Rate | $1,900.00 | | |

| Allowances | | Additional Amounts | | State and Local Codes | | |
|---|---|---|---|---|---|---|
| Federal: | 0 | Fed: | PRI: | TX | Loc 1: | Loc 4: |
| State: | 0 | State: | SEC: | | Loc 2: | Loc 5: |
| Local: | 0 | Local: | | | Loc 3: | |

| EARNINGS | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Pay | | 72.00 | 1,710.00 | 20,520.00 |
| Taxable Expense | | | 150.00 | 1,650.00 |
| Holiday | | 8.00 | 190.00 | 570.00 |
| Commission | | | 0.00 | 7,165.97 |
| Floating Holiday | | | 0.00 | 570.00 |
| Sick | | | 0.00 | 380.00 |
| Vacation | | | 0.00 | 760.00 |
| TOTAL EARNINGS | | | $2,050.00 | $31,616.97 |

| PRE-TAX DEDUCTIONS | | |
|---|---|---|
| Medical | 139.97 | 1,679.64 |
| 401(k) Savings | 190.00 | 2,996.70 |
| Basic Life | 15.85 | 190.20 |
| Dental | 21.77 | 261.24 |
| Health FSA | 60.00 | 717.70 |
| Vision | 9.00 | 108.00 |
| TOTAL PRE-TAX DEDUCTIONS | $436.59 | $5,953.48 |

| TAXES | | |
|---|---|---|
| Social Security | 113.38 | 1,795.65 |
| Medicare | 26.52 | 419.95 |
| Federal Withholding | 249.05 | 4,563.94 |
| TOTAL TAXES | $388.95 | $6,779.54 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Garnishment | 499.90 | 877.66 |
| STD After Tax | 7.10 | 83.18 |
| Dependent Life | 0.83 | 9.96 |
| Met Life | 7.62 | 91.44 |
| Spouse Life | 1.97 | 23.64 |
| Supplemental LTD | 3.19 | 38.28 |
| TOTAL AFTER TAX DEDUCTIONS | $520.61 | $1,124.16 |

| NET PAY | $703.85 | $17,759.79 |
|---|---|---|

| TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION | | |
|---|---|---|
| Group Term Life | 16.15 | 193.80 |
| Imputed Income | 9.11 | 108.10 |
| Sick Accrual | 1.85 | 0.00 |
| Vacation Accrual | 4.62 | 0.00 |

**SICK & VACATION BALANCE SUMMARY**

| Leave Type | Carry Over | Accrued | Taken | 6 Month Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 0.00 | 37.00 | 24.00 | 0.00 | 13.00 | 06/21/1999 |
| VACATION | 0.00 | 83.16 | 32.00 | 0.00 | 51.16 | 06/21/1999 |

**EXTENDED PAY SUMMARY**

| SUMMARY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Gross Earnings | $2,050.00 | $31,616.97 |
| Pre-Tax Deductions | $436.59 | $5,953.48 |
| Federal Taxable Wages | $1,638.67 | $25,965.39 |
| Social Security Taxable Wages | $1,828.67 | $28,962.09 |
| Medicare (HI) Taxable Wages | $1,828.67 | $28,962.09 |
| Total Taxes | $388.95 | $6,779.54 |
| After-Tax Deductions | $520.61 | $1,124.16 |
| Net Pay | $703.85 | $17,759.79 |

**PAY DISTRIBUTION LIST**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Primm Checking | Checking or Money Market | $703.85 | 9612503285 | Wells Fargo Bank, National Association |



**IKON Document Efficiency At Work.**

| | | | | |
|---|---|---|---|---|
| Pay Date | 06/20/2008 | Regular Paystub | | |

IKON Office Solutions, Inc.
3920 Arkwright Road
Suite 400
Macon, GA 31210

Susan L. Primm
10807 Silverado Trace Dr
Houston, TX 77095-6011

| | | | |
|---|---|---|---|
| SSN | ***-**-0939 | Pay Advice # | 1452044 |
| Employee ID | 150110 | Period Begin Date | 06/02/2008 |
| Department | R11150 | Period End Date | 06/15/2008 |
| Taxable Marital Status | Single | Pay Frequency | Bi-weekly |
| Base Pay Rate | $1,900.00 | | |

| Allowances | | Additional Amounts | | State and Local Codes | | |
|---|---|---|---|---|---|---|
| Federal: | 0 | Fed: | PRI: TX | Loc 1: | Loc 4: |
| State: | 0 | State: | SEC: | Loc 2: | Loc 5: |
| Local: | 0 | Local: | | Loc 3: | |

| EARNINGS | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Pay | | 68.00 | 1,615.00 | 22,135.00 |
| Bereavement | | 12.00 | 285.00 | 285.00 |
| Commission | | | 75.50 | 7,242.47 |
| Taxable Expense | | | 150.00 | 1,800.00 |
| Floating Holiday | | | 0.00 | 570.00 |
| Holiday | | | 0.00 | 570.00 |
| Sick | | | 0.00 | 380.00 |
| Vacation | | | 0.00 | 760.00 |
| TOTAL EARNINGS: | | | $2,125.50 | $33,742.47 |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Medical | 139.97 | 1,819.61 |
| 401(k) Savings | 197.55 | 3,194.25 |
| Basic Life | 15.85 | 206.05 |
| Dental | 21.77 | 283.01 |
| Health FSA | 60.00 | 777.70 |
| Vision | 9.00 | 117.00 |
| TOTAL PRE-TAX DEDUCTIONS: | $444.14 | $6,397.62 |

| TAXES | This Period | YTD |
|---|---|---|
| Social Security | 118.06 | 1,913.71 |
| Medicare | 27.61 | 447.56 |
| Federal Withholding | 266.04 | 4,829.98 |
| TOTAL TAXES: | $411.71 | $7,191.25 |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Garnishment | 545.09 | 1,422.75 |
| STD After Tax | 7.10 | 90.28 |
| Dependent Life | 0.83 | 10.79 |
| Met Life | 7.62 | 99.06 |
| Spouse Life | 1.97 | 25.61 |
| Supplemental LTD | 3.19 | 41.47 |
| TOTAL AFTER-TAX DEDUCTIONS | $565.80 | $1,689.96 |

| NET PAY: | $703.85 | $18,463.64 |
|---|---|---|

**TAXABLE EARNINGS THAT DO NOT ADD TO GROSS & OTHER BENEFIT INFORMATION**

| | This Period | YTD |
|---|---|---|
| Group Term Life | 16.15 | 209.95 |
| Imputed Income | 9.11 | 117.21 |
| Sick Accrual | 1.85 | 0.00 |
| Vacation Accrual | 4.62 | 0.00 |

**SICK & VACATION BALANCE SUMMARY**

| Leave Type | Carry Over | Accrued | Taken | 6 Month Award | Current Balance | Service Date |
|---|---|---|---|---|---|---|
| SICK | 0.00 | 38.85 | 24.00 | 0.00 | 14.85 | 06/21/1999 |
| VACATION | 0.00 | 87.78 | 32.00 | 0.00 | 55.78 | 06/21/1999 |

**EXTENDED PAY SUMMARY**

| SUMMARY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Gross Earnings | $2,125.50 | $33,742.47 |
| Pre-Tax Deductions | $444.14 | $6,397.62 |
| Federal Taxable Wages | $1,706.62 | $27,672.01 |
| Social Security Taxable Wages | $1,904.17 | $30,866.26 |
| Medicare (HI) Taxable Wages | $1,904.17 | $30,866.26 |
| Total Taxes | $411.71 | $7,191.25 |
| After-Tax Deductions | $565.80 | $1,689.96 |
| Net Pay | $703.85 | $18,463.64 |

**PAY DISTRIBUTION LIST**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Primm Checking | Checking or Money Market | $703.85 | 9612503285 | Wells Fargo Bank, National Association |