IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| JEFFREY CHASE PRIMM, SR. | § | CASE NO.  08-34775 |
| SUSAN LYNNE PRIMM | § | |
| | § | |

STATEMENT OF INCOME OF JEFFREY CHASE PRIMM, SR.

COMES NOW, Jeffrey Chase Primm, Sr., Debtor, and states that he has received income during the time period from May 2008 through June 2008.  He further states that he does not receive any regular paychecks and has no paycheck advices or stubs that he can produce, but he states that his income during this period has been $3,200 for May 2008 and $1,500 for June 2008.  I am signing this statement of income under penalty of perjury.

/s/ Jeffrey Chase Primm, Sr.
Jeffrey Chase Primm, Sr., Debtor

Respectfully submitted,

ROGERS, ANDERSON & BENSEY, PLLC


/s/ Barbara M. Rogers
Barbara M. Rogers
TBN 17163200
1415 North Loop West, Ste 1020
Houston, TX   77008
(713) 868-4411, ext. 100
(713) 868-4413 (fax)
b.m.rogers@att.net
Attorney for Debtor