**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Jeffrey Chase Primm Sr.
Susan Lynne Primm

Debtor

Case No.: 08–34775

Chapter: 7

**NOTICE OF ASSETS, NOTICE TO CREDITORS AND**
**OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS**

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE NINETY(90) DAYS FROM THE ISSUANCE OF THIS NOTICE.

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
PO Box 61288
Houston, TX 77208

Michael N. Milby
Clerk of Court

Date of Issuance: 10/31/08

Trustee: Lowell T Cage

Case 08-34775   Document 17   Filed in TXSB on 11/02/08   Page 2 of 5

| UNITED STATES BANKRUPTCY COURT Southern District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Jeffrey Chase Primm Sr.<br>Susan Lynne Primm | Case Number: 08-34775 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property: $**_____  **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____  **Basis for perfection:** _____

**Amount of Secured Claim: $**_____  **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/07) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____  _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: noch            Page 1 of 1           Date Rcvd: Oct 31, 2008
Case: 08-34775                Form ID: ntcasset     Total Served: 36
```

The following entities were served by first class mail on Nov 02, 2008.
```
db            +Jeffrey Chase Primm, Sr.,    10807 Silverado Trace Drive,    Houston, TX 77095-6011
jdb           +Susan Lynne Primm,    10807 Silverado Trace Drive,    Houston, TX 77095-6011
5885048       +AAA Leak Detection Services,    5333 Richmond Ave., Ste 11,    Houston, TX 77056-6690
5885049       +Azteca Underground Services,    6410 Winfield Rd.,    Houston, TX 77050-4608
5885050       +Beaver Tree Services Inc.,    33545 Dobbin Huffsmith,    Magnolia, TX 77354-2071
5885051       +Beny's Rebar,    4918 Beech Knoll,    Katy, TX 77449-7541
5885052       +Brothers Rebar,    10622 Plum Lake Dr.,    Houston, TX 77065-3857
5885053        Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
5885055       +Concrete Dolphins,    2114 Barr #D,    Houston, TX 77080-5578
5885056       +Diamond Pool Plaster,    224 Wellington,    Houston, TX 77076-2540
5885057       +Hall Electrical,    P.O. Box 6934,    Kingwood, TX 77325-6934
5885058       +Houston Gunite,    12011 Proctor St.,    Houston, TX 77038-2705
5885061        JS Brothers,    6826 Furray Rd.,    Houston, TX 77028
5885062       +Lightspeed Locating,    126 Parliament Dr.,    Houston, TX 77034-2320
5935981       +Mahoney & Associates,    9601 Katy Freeway, Ste. 375,    Houston, TX 77024-1394
5885063        Malaphay Cabrera,    15018 Mill Canyon Court,    Cypress, TX 77429
5885064        Marilyn Sheridan,    13047 Spring Cypress,    Cypress, TX  77429
5885065       +Mike & Suzie Looney,    7622 Holly Court Estates,    Houston, TX 77095-3576
5885066        New Image Trees,    P.O. Box 55097,    Houston, TX  77255-5097
5885067       +Oscar Steel,    5428 Trafalgar Dr.,    Houston, TX 77045-6034
5885068       +Palapa Paradise,    10319 Sommerville Ave.,    Houston, TX 77041-8835
5885069       +Polo Construction,    9303 Shoal Creek Dr.,    Houston, TX 77064-1428
5885074       +RWS Publishing,    21175 Tomball Parkway,    Houston, TX 77070-1655
5885070       +Ram Plumbing,    20007 Rocky Trace Ln.,    Cypress, TX 77433-1896
5885071       +Rick & Robin Kaminski,    13219 Lake Mist,    Cypress, TX 77429-3536
5885072       +River Tile and Coping,    2814 Lincoln Dr.,    Houston, TX 77038-3309
5885073       +Roger Clean Up,    14315 Pheasant Hill Dr.,    Houston, TX 77014-1708
5885075        SCS Management - Riata Ranch HOA,    7170 Cherry Park Drive,    Houston, TX   77095-2713
5885076       +Stamp Concrete by Manuel,    8702 Greenfield Ln.,    Houston, TX 77064-7728
5885077       +Superior Clean Up Service,    4881-A Old Greenhouse Rd.,    Houston, TX 77084-2222
5885078       +Superior Leak Detection,    15511 Swan Creek Dr.,    Houston, TX 77095-2015
5885080       +Tee It Up Driving Range,    16000 FM 2920,    Tomball, TX 77377-6142
5885081       +Transtar,    12930 NW Freeway,    Houston, TX 77040-6304
5885082       +Yard Done Right,    6218 Wimberly Knoll Ct.,    Houston, TX 77084-6469
```

The following entities were served by electronic transmission on Nov 01, 2008.
```
5885059        EDI: IRS.COM Oct 31 2008 22:28:00     Internal Revenue Service,    PO Box 21126,
                Philadephia, PA   19114
5987470        EDI: RECOVERYCORP.COM Oct 31 2008 22:28:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chase Home Finance LLC
cr             Recovery Management Systems Corporation
5885054        Compass Bank
5885060*      +++Jeffrey Chase Primm, Sr.,    10807 Silverado Trace Drive,    Houston, TX 77095-6011
5885079*      +++Susan Lynne Primm,    10807 Silverado Trace Drive,    Houston, TX 77095-6011
                                                                                 TOTALS: 3, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 02, 2008**                    **Signature:**     *Joseph Speetjens*