IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-34775 |
| JEFFREY CHASE PRIMM, SR. | § | |
| SUSAN LYNNE PRIMM | § | (Chapter 7) |
| DEBTORS | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TRANSTAR FEDERAL CREDIT UNION, a creditor in the above-captioned case, hereby gives notice of its appearance in said case by and through the following-named counsel:

Dominique Varner / Brendetta A. Scott
HughesWattersAskanase, LLP
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

Further, the above-named creditor hereby requests through its said counsel that the Clerk of the above-named Court, or any party authorized or directed by the United States Bankruptcy Code to mail notices, mail to said counsel copies of all notices to parties-in-interest hereinafter given in said case. This request includes all notices, copies, and pleadings referred to in Rules 2004, 4004, 4007, and 9007, of the Bankruptcy Rules including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted:

_____
Carolyn A. Taylor        TBA #08526800/FIN 1290
Dominique Varner         TBA #00791182/FIN 18805
Brendetta A. Scott       TBA #24012219/FIN 24592
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
Email: DVarner@hwa.com
ATTORNEY FOR MOVANT

1382527-1:TRAN:0327

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent by first class U.S. Mail, postage prepaid or by electronic mail to all creditors and parties in interest as shown below on the ____ day of February, 2009.

*DEBTOR(S):*
Jeffrey Chase Primm, Sr.
Susan Lynne Primm
10807 Silverado Trace Drive
Houston, Texas 77095

*ATTORNEY FOR DEBTOR(S):*
Barbara Mincey Rogers
Rogers, Anderson & Bensey, PLLC
1415 N. Loop West, Suite 1020
Houston, Texas 77008

*TRUSTEE:*
Lowell T. Cage
Chapter 7 Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057

United States Trustee
515 Rusk Ave., Room 3516
Houston, Texas 77002

*PARTIES REQUESTING NOTICE:*
Chase Home Finance, LLC
c/o Mitchell Buchman
1900 St. James Pl., Suite 500
Houston, Texas 77056

R. Michael Looney
c/o Jeffrey William Wheelock
952 Echo Lane, Suite 130
Houston, Texas 77024

Carolyn A. Taylor      TBA #08526800/FIN 1290
Dominique Varner     TBA #00791182/FIN 18805
Brendetta A. Scott     TBA #24012219/FIN 24592

1382527-1:TRAN:0327