IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-34775 |
| JEFFREY CHASE PRIMM, SR. | § | |
| SUSAN LYNNE PRIMM | § | (Chapter 7) |
| DEBTORS | § | |

### MOTION OF TRANSTAR FEDERAL CREDIT UNION FOR
### RELIEF FROM STAY REGARDING EXEMPT & NON-EXEMPT PROPERTY
2003 Ford F-250 Pickup and 2004 Mercedes E320

---

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY.  IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT **NOT LATER THAN MARCH 18, 2009**, AND YOU MUST ATTEND THE HEARING.

THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN FIVE BUSINESS DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON **MARCH 25, 2009, AT 9:00 AM** IN COURTROOM COURTROOM 403 (JUDGE BROWN), 4TH FLOOR, 515 RUSK AVE., HOUSTON, TEXAS 77002.

---

1. This Motion requests an Order from the Bankruptcy Court authorizing the person filing this Motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant:   TRANSTAR FEDERAL CREDIT UNION.

3. Movant, directly or as agent for the holder, holds a security interest in:

    2003 Ford F-250 Pickup, vehicle identification no. 1FTNW21PX3EB89615; and

    2004 Mercedes E320, vehicle identification no. WDBUF65J94A509748.

4. Movant has reviewed the schedules filed in this case. The 2004 Mercedes described in paragraph 3 is claimed as exempt by the debtor. The 2003 Ford F-250 Pickup is not included in Debtors' Schedule C. Movant does not contest the claimed exemption.

3. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle):  Pickup Truck and Automobile.

4. Debtor's scheduled value of property: Total $27,000.00 (2003 Ford – $12,000.00; 2004 Mercedes - $15,000.00).  The contracts are cross-collateralized.

5. Movant's estimated value of property: Total $30,025.00 (2003 Ford - $10,650.00 present value; 2004 Mercedes - $19,375.00 present value).

6. Total amount owed to Movant: Total $32,826.27 (2003 Ford - $17,988.13; 2004 Mercedes - $14,838.14). The contracts are cross-collateralized.

7. Estimated equity (paragraph 6 minus paragraph 5): $0.

8. Total pre and post-petition arrearages: $2,775.00 (2003 Ford - $1,134.00 + 2004 Mercedes $1,641.00).

9. Total post-petition arrearages: $2,775.00.

10. Amount of unpaid, past due property taxes, if applicable: N/A.

11. Expiration date on insurance policy, if applicable: Debtor has not provided Proof of Insurance.

12. __X__ Movant seeks relief based on the Debtor's failure to make payments to the Chapter 13 Trustee for the benefit of the creditors. A copy of the Trustee's Case Profile showing no payments is attached to this Motion as an Exhibit and made a part hereof for all purposes.

13. __X__ Movant seeks relief based on the Debtor(s)' failure to provide certificate of insurance reflecting insurance coverage as required under the Debtor's pre-petition contracts.

14. If applicable: Name of Co-Debtor: N/A.

15. Based on the foregoing, Movant seeks termination of the automatic stay to allow Movant to foreclose or repossess the Debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

16. Movant certifies that prior to filing this Motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: On February 17, 2009, Catherine Zeis in the office of counsel for Movant spoke with Barbara M. Rogers regarding filing the Motion for Relief due to nonpayment; Ms. Rogers advised that the Motion should be filed as opposed. On February 18, Ms. Rogers left a voicemail with Catherine Zeis stating she thought there was an agreement between the Debtors and Credit Union. On February 27, 2008, Catherine Zeis left a message for Ms. Rogers stating there was no agreement and we would proceed with the Motion as opposed.

17. If requested by Debtor or Debtor's counsel, a payment history in the form attached to this Motion was provided at least two business days before this Motion was filed.

Date: February 27, 2009

Respectfully submitted:

_____
Movant's Counsel Signature
Carolyn A. Taylor         TBA #08526800/FIN 1290
Dominique Varner          TBA #00791182/FIN 18805
Brendetta A. Scott        TBA #24012219/FIN 24592
333 Clay 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
Email: dvarner@hwa.com
ATTORNEY FOR MOVANT

1382461-1:TRAN:0327

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown below on February 27, 2009, by electronic mail and/or by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001:

***DEBTOR(S):***
Jeffrey Chase Primm, Sr.
Susan Lynne Primm
10807 Silverado Trace Drive
Houston, Texas  77095

***ATTORNEY FOR DEBTOR(S):***
Barbara Mincey Rogers
Rogers, Anderson & Bensey, PLLC
1415 N. Loop West, Suite 1020
Houston, Texas  77008

***TRUSTEE:***
Lowell T. Cage
Chapter 7 Trustee
5851 San Felipe, Suite 950
Houston, Texas  77057

***PARTIES REQUESTING NOTICE:***
Chase Home Finance, LLC
c/o Mitchell Buchman
1900 St. James Pl., Suite 500
Houston, Texas  77056

R. Michael Looney
c/o Jeffrey William Wheelock
952 Echo Lane, Suite 130
Houston, Texas  77024

_____
Carolyn A. Taylor        TBA #08526800/FIN 1290
Dominique Varner      TBA #00791182/FIN 18805
Brendetta A. Scott     TBA #24012219/FIN 24592

1382461-1:TRAN:0327

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-34775 |
| JEFFREY CHASE PRIMM, SR. | § | |
| SUSAN LYNNE PRIMM | § | (Chapter 7) |
| DEBTORS | § | |

## SUMMARY OF EXHIBITS

1. Loanliner Open-End Disbursement Receipt Plus 03/26/2008
2. Certificate of Title – 2003 Ford F-250 Pickup
3. Account Record - 2003 Ford F-250 Pickup
4. Loan liner Open-End Disbursement Receipt Plus -7/27/2007
5. Certificate of Title – 2004 Mercedes E320
6. Account Record – 2004 Mercedes E320

1382461-1:TRAN:0327