BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE# 00000000883553
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for  CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 08-34775-H5-7 |
| § | |
| JEFFREY CHASE PRIMM, SR. and § | |
| SUSAN LYNNE PRIMM, § | |
|    Debtor § | CHAPTER 7 |
| § | |
| CHASE HOME FINANCE LLC, § | |
| SUCCESSOR BY MERGER TO CHASE § | |
| MANHATTAN MORTGAGE § | |
| CORPORATION ITS ASSIGNS § | |
| AND/OR SUCCESSORS IN § | |
| INTEREST, § | |
|    Movant § | |
| § | |
| v. § | |
| § | |
| JEFFREY CHASE PRIMM, SR. and § | |
| SUSAN LYNNE PRIMM; and § | |
| LOWELL T CAGE, Trustee § | |
|    Respondents § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

    1.  On October 8, 2008 an Agreed Order Conditioning Automatic Stay was entered by the Court.  The Debtor failed to comply with the terms of the Agreed Order.  Movant has given any and all Notices required to be given by the Agreed Order.

    2.  In accordance with the **Default Paragraph** of the Agreed Order, the automatic stay is terminated with respect to CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST on property described as:

JEFFREY CHASE PRIMM, SR. and SUSAN LYNNE PRIMM, Debtors
CASE NO. 08-34775-H5-7

LOT FORTY-FIVE (45), IN BLOCK ONE (1) OF RIATA RANCH, SECTION SIX (6), AN ADDITION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 416050 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP


BY: /s/ MITCHELL BUCHMAN
   MITCHELL BUCHMAN
   TX NO. 03290750
   1900 ST. JAMES PLACE SUITE 500
   HOUSTON, TX 77056
   Telephone: (713) 621-8673
   Facsimile: (713) 621-8583
   E-mail:  SDECF@BBWCDF.COM
   ATTORNEY FOR MOVANT

JEFFREY CHASE PRIMM, SR. and SUSAN LYNNE PRIMM, Debtors
CASE NO. 08-34775-H5-7

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2009, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY:  /s/ MITCHELL BUCHMAN      12/29/2009
      MITCHELL BUCHMAN
      TX NO. 03290750
      1900 ST. JAMES PLACE SUITE 500
      HOUSTON, TX 77056
      Telephone: (713) 621-8673
      Facsimile: (713) 621-8583
      E-mail:  SDECF@BBWCDF.COM
      ATTORNEY FOR MOVANT

JEFFREY CHASE PRIMM, SR. and SUSAN LYNNE PRIMM, Debtors
CASE NO. 08-34775-H5-7

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
JEFFREY CHASE PRIMM, SR.
10807 SILVERADO TRACE
HOUSTON, TX  77095

SUSAN LYNNE PRIMM
10807 SILVERADO TRACE
HOUSTON, TX  77095

JEFFREY CHASE PRIMM, SR.
10807 SILVERADO TRACE DRIVE
HOUSTON, TX  77095

SUSAN LYNNE PRIMM
10807 SILVERADO TRACE DRIVE
HOUSTON, TX  77095

DEBTOR'S ATTORNEY:
BARBARA MINCEY ROGERS
1415 NORTH LOOP WEST
STE 1020
HOUSTON, TX  77008

TRUSTEE:
LOWELL T CAGE
5851 SAN FELIPE
SUITE 950
HOUSTON, TX  77057