AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the ACCOUNTS RECEIVABLE LEAD at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and that the publication, of which the annexed herein, or attached to, is a is a true and correct copy, was published to-wit:

---

DICKINSON & WHEELOCK, P.C. 24362783 89086222
RAN A LEGAL NOTICE
SIZE BEING: 1 X 90 L

| product | date | class | page |
|---|---|---|---|
| hc | Jun 9 2010 | 1245.0 | B_wedlg_5 |
| hc | Jun 16 2010 | 1245.0 | B_wedlg_1 |
| hc | Jun 23 2010 | 1245.0 | B_wedlg_5 |
| hc | Jun 30 2010 | 1245.0 | B_wedlg_5 |

---

Klaie Chatten

ACCOUNTS RECEIVABLE LEAD

Sworn and subscribed to before me, this the 30th Day of June A.D. 2010

NOTARY PUBLIC STATE OF TEXAS
VERONICA M TYRONE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 10, 2012

Veronica M Tyrone

Notary Public in and for the State of Texas

United States
Bankruptcy Court
Southern District of Texas

**CASE NO. 08-34775**
**CHAPTER 7**
**ADV. PROC. NO. 08-3425**

**IN RE JEFFREY CHASE PRIMM, SR AND SUSAN LYNNE PRIMM,**
Debtor
**R. MICHAEL LOONEY AND SUSI LOONEY,**
Plaintiffs
v.
**JEFFREY PRIMM, SR. AND SUSAN LYNNE PRIMM,**
Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States
Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson &
Wheelock, P.C.
7660 Woodway Drive,
Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 4/16/2010

(seal)
**DAVID J. BRADLEY**

By: /s/

n publicly opened. In-
ations to Bidders and
er documents will be
ilable at the office of
Engineer, AECOM
chnical Services, Inc.,
7 Woodway, Suite 101
st, Houston, Texas,
57, Phone 713 267 2989,
on $50.00 anon-
undable fee made pay-
e to AECOM USA
oup, Inc. or may be ex-
ined at the Engineer's
ice or the local plan
ms of AGC, Dodge Re-
ts and Amtek. **Please
ntact the Construction
Center to check on
ailability of plans and
ecifications.** A manda-
y Pre-Bid Conference
l be held at 2:00 P.M.,
al time, June 23, 2010 at
office of the Engineer.
endance is mandatory,
d no bid will be opened
less the bidder or its
presentative was
esent at the Pre-Bid
nference.

**TICE TO BIDDERS**

**affic Management
stem**

The City of Sugar Land
eks bids for furnishing
labor, material, and
uipment, and perform-
all work required for
following project in
City:

**PROJECT NAME:
TERIAL TRAFFIC
ANAGEMENT SYSTEM
TMS) ALONG STATE
GHWAY 6
PROJECT NUMBER:
0601
CATION OF WORK:
TY OF SUGAR LAND AND
TY OF MISSOURI CITY,
RT BEND COUNTY,
XAS,** along State High-
ay 6, Sugar Land City
ll, Sugar Land Police
d Courts Building, and
issouri City Public
orks Building

Plans, specifications,
d bidding documents
ay be obtained from the
llowing location with
yment of **$100.00:**

**affic Engineers,
corporated
23 Southwest Freeway
ite 200
ouston, Texas 77477
one: 713-270-8145**

Download Free:

**tp://trafficengineers.
m/CSJ-0912-00-374.
if
d
tp://trafficengineers.
m/CSJ-0912-00-374
Manual.pdf**

Sealed bids shall be de-
vered to the **City of
gar Land City Secretary
ffice, 2700 Town Center
oulevard North, Suite
2, Sugar Land, Texas,
479,** on or before **11:00
m., Wednesday, June 30,
010,** at which time bids
ll be publicly opened
d read. Bids received
ter the opening date
d time will not be con-
dered.

A pre-bid meeting for
ll interested parties will

CURTIS R. ROSE, C.P.M.,
PURCHASING MANAGER
#713-670-2460 or
crose@portal.com

# LEGAL NOTICES

**CAUSE NUMBER
201008058**

**IN THE 234th
JUDICIAL DISTRICT Court
of Harris County, Texas
234th DISTRICT COURT
Houston, TX**

**PLAINTIFF: DAVIS, DORIS
vs.
DEFENDENT:
BRINKLEY, JESSE**

**CITATION**

**THE STATE OF TEXAS
County of Harris**

**TO: BRINKLEY, JESSE
OR WHEREVER HE MAY
BE FOUND
XXXX S BRAESWOOD
BLVD #601
HOUSTON, TX 77074**

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 8th day of February, 2010, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 9th day of February, 2010, under my hand and seal of said Court.

**(Seal)
LOREN JACKSON,
District Clerk
Harris County, Texas**
201 Caroline,
Houston, Texas 77002
P.O. Box 4651,
Houston, Texas 77210

GENERATED BY:
CUERO, NELSON

Issued at the request of:
CARLISLE, JUSTIN W.
4900 TRAVIS ST.,
HOUSTON, TX 77002
Tel: (713) 807-7800
BAR NO: 24055262

**Effective June 17, 2010,** Jesse Groh, M.D., will no longer be affiliated with Texas Children's Pediatric Associates. Requests for medical records may be sent to TCPA-Gulfton, 5900 Chimney Rock Rd., Ste. Y, Houston, TX 77081, or by calling 713-661-2951.

**The best ad advice, the right price. Chronicle Classifieds 713-224-6868.**

the **16th day of JULY, 2010,** which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.
**HEREIN FAIL NOT,** but have before said court on said return day this Writ with your return thereon, showing how you have executed the same.
**WITNESS: LOREN JACKSON,** District Clerk, Harris County Texas
**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas this **4th day of JUNE, 2010.
(SEAL)
LOREN JACKSON
District Clerk
Harris County, Texas**
201 Caroline
Houston, Texas 77002
P.O. Box 4651
Houston, Texas 77210
**By: /s/ Jason Nerie,
Deputy District Clerk**
Newspaper:
The Houston Chronicle
Issued at the request of:
Jeffrey B Hardaway
Address: 1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 693-2065/
693-2025 Fax
Bar Number: 24038254

**NOTICE OF 30-DAY PERIOD FOR PUBLIC COMMENT
Proposed Land Acquisition and Construction of a US Army Reserve Center**

The Secretary of the Army proposes to acquire approximately 27 acres of land for construction and operation of a US Army Reserve Center (USARC) in Harris County, Texas. The USARC would serve the Monroe County area and would provide properly equipped and secured facilities for readiness training for approximately 800 US Army Reserve soldiers.

In accordance with the National Environmental Policy Act, the US Army Reserve has prepared an Environmental Assessment (EA) and draft Finding of No Significant Impact (FNSI) for the proposed action. The EA and draft FNSI evaluate any potential environmental effects associated with construction and operation of a new USARC at the proposed location.

The EA and draft FNSI have been submitted to federal, state, and local agencies for review and are available for public review at the Harris County Public Library-Aldine Branch, located at 11331 Airline Drive, Houston, TX 77037, and on the Internet at *ftp://Harris:CoTexas@ftp.ch2m.com/HoustonEA.* Written comments will be received and considered up to 30 days from the publication of this notice, and should be directed to: CH2M HILL, INC., ATTN: Ms. Andrea Naccarato, 2127 University Park Drive, Suite 360, Okemos, Michigan 48864, or via electronic mail to *andrea.naccarato@ch2m.com.*

of JULY, 2010, in some newspaper published in the County of HARRIS, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on the 15th day of JULY, 2010, which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.
**HEREIN FAIL NOT,** but have before said court on said return day this Writ with your return thereon, showing how you have executed same.
**WITNESS: LOREN JACKSON, District Clerk,** Harris County Texas
**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas this 3rd day of JUNE, 2010.
**(SEAL)
LOREN JACKSON,
District Clerk
Harris County, Texas**
201 Caroline
Houston, Texas 77002
P.O. Box 4651
Houston, Texas 77210
**By: /s/ ADILIANI SOLIS,
Deputy District Clerk**
Newspaper:
The Houston Chronicle
Issued at the request of:
Jeffrey B Hardaway
Address: 1900 St. James Place, Suite 500
Houston, Texas 77056
Bar Number: 24038254

**Notice of Hearing and Opportunity for Public Comment**

This is a notice of an opportunity for public comment and a public hearing on an application by Tennessee Gas Pipeline Company to obtain a Texas Parks and Wildlife Department (TPWD) permit to remove or disturb up to 4,400 cubic yards of sand and gravel from and within the bed of Spring Creek in Harris/Montgomery Counties. The purpose is to repair exposed pipelines. The location would be approximately 2.4 miles upstream from the I-45 crossing and approximately 10 miles downstream from SH 249 in Harris / Montgomery Counties.

The hearing will be held on July 5, 2010 at 1:00 pm at TPWD Headquarters, 4200 Smith School Road, Austin, Texas 78744. The hearing is not a contested case hearing under the Administrative Procedures Act.

Written comments must be submitted within 30 days of the publication of this notice in the Texas Register or the newspaper, whichever is later, or at the public hearing. Submit written comments, questions, or requests to review the application to: Tom Heger, TPWD, by mail to the above address; e-mail *tom.heger@tpwd.state.tx.us*; phone 512-389-4583.

**WANT TO BUY THAT SPECIAL ITEM YOU THOUGHT YOU**

clude" recovery for damages not reflected in the paid or settled partial claims.

Any claims that are denied or that are not resolved within 90 days after the date of submission to the BP Exploration claims representative may be submitted to the US COAST GUARD STOP 7100 (ca), 4200 Wilson Boulevard, Suite 1000, Arlington, Virginia 20598-7100 for consideration.

United States
Bankruptcy Court
Southern District of Texas

**CASE NO. 08-34775
CHAPTER 7
ADV. PROC. NO. 08-3425**

**IN RE JEFFREY CHASE PRIMM, SR AND SUSAN LYNNE PRIMM,**
Debtor
**R. MICHAEL LOONEY AND SUSI LOONEY,**
Plaintiffs
v.
**JEFFREY PRIMM, SR. AND SUSAN LYNNE PRIMM,**
Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States
Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson &
Wheelock, P.C.
7660 Woodway Drive,
Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 4/16/2010

PAG
REG
CO
Cit
giv
Cita
fou
pre
JUL
new
the
the
pub
not
cou
per
Cita
on
201
day
sue
cat
twe
sai
HEI
hav
sai
wit
sho
exe
WI
JAC
Ha
GIV
AN
at
2nd
(Se
LO
Dis
Ha
201
Ho
P.O
Ho
By:
De
Nev
The
Iss
Jef
Ad
Pla
Ho
(71
Ba
A
TIC
fie
cas
lon
cla
Ca
71

Wednesday, June 16, 2010

# otices

To place legal notices
email legals@chron.com or call 713.224.6868.

in dupli- l to HAR- IUNICIPAL CT NO. 5 ferred to delivered the Engi- IGINEERS, ella Link, 025, Tele- 2700, will il 2:00 pm or:

ISTEMS PLANTS

onsists of stems at its in Har- IUNICIPAL CT No. 5. 71-M &

e opened the clos- ad aloud in d received g time will lered and rned un-

ne bidding lans, and may be ob- a non- st of one s ($100.00) ffice of the ween the m and 5:00 hrough Fri-

ust be ac- a bid bond heck in the least five of the total e bid as a the Bidder a contract onds within ter written ward. Bids quired bid be consid-

sful Bidder erformance payment company in the U.S. of accept- companies 570).

erves the any or all aive infor- ding.

rtunity in All quali- s will re- eration for without re- color, reli- ational ori-

## LEGAL NOTICES

**CAUSE NUMBER 2010-01567**
**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: BANK OF AMERICA, NA,**
**vs.**
**Defendants: LOERA, BLANCA; LOERA, JESUS; LOERA, JESUS IV and THE UNKNOWN HEIRS AT LAW OF MARIA C LOERA**
**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
**County of Harris**
**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of forty-two days after the date of issuance of this citation and petition, a default judgment may be taken against you."**
**To: UNKNOWN HEIRS AT LAW OF MARIA C. LOERA WHOSE ADDRESS AND WHEREABOUTS IS UNKNOWN**
**YOU ARE HEREBY COMMANDED** to be and appear before the 281st Judicial District Court of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the 19th day of JULY, 2010, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the PLAINTIFFS ORIGINAL PETITION, filed in said Court on the 11th day of JANUARY, 2010 in a suit numbered 2010-10567 on the docket of said court, wherein BANK OF AMERICA NA, Plaintiff(s) and BLANCA LOERA, JESUS LOERA, JESUS LOERA IV AND THE UNKNOWN HEIRS AT LAW OF MARIA C LOERA, Defendant(s), the nature of plaintiff's demand being and the said petition alleging:
YOU ARE HEREBY NOTIFIED THAT SUIT HAS BEEN BROUGHT TO RESCIND THE VENDOR'S LIEN BY PLAINTIFF BANK OF AMERICA, N.A., ITS SUC-

## NOTICE TO CREDITORS

Notice To Creditors Ad
$69.00*
Call Cynthia
713-362-6435
*$69.00 includes first 36 lines
*$1.92 per line over 36 lines

## LEGAL NOTICES

**Notice of Public Meeting**
Notice is hereby given that the Annual Public Meeting for Chatham Village Apartments located at 16460 Highway 3, Webster, TX 77598 will be held June 28, 2010 at 5:00pm in the main pool area. At this Annual Public Meeting management will provide information and seek public input on management, facility improvement, tenant services and social services at the property. All tenants and other interested community members are invited to attend. This notice is given by NVHF II Community Housing Inc., Owner of Chatham Village Apartments.

**CAUSE NUMBER 2009-73693**
**IN THE 189TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: WACHOVIA MORTGAGE FSB (F/K/A WORLD SAVINGS BANK FSB)**
**vs.**
**Defendant: HELEN MCGREGOR, NICOLE**

## LEGAL NOTICES

**CAUSE NUMBER 2010-02528**
**IN THE 234th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: JPM SPECIALTY MORTGAGE, LLC (ITS SUCCESSORS IN INTEREST OR ASSIGNS)**
**vs.**
**Defendant: EUGENE M. PERALES AND THE UNKNOWN HEIRS AT LAW OF BEVERLY MITCHELL**
**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
**County of Harris**
**To: UNKNOWN HEIRS-AT-LAW OF BEVERLY MITCHELL and UNKNOWN HEIRS-AT-LAW OF EUGENE M. PERALES**
**YOU ARE HEREBY COMMANDED** to be and appear before the **234th Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the **19th day of JULY, 2010,** being the Monday next after the expiration date of fourty-two days after this citation is

## LEGAL NOTICES

United States Bankruptcy Court Southern District of Texas

**CASE NO. 08-34775**
**CHAPTER 7**
**ADV. PROC. NO. 08-3425**

**IN RE JEFFREY CHASE PRIMM, SR AND SUSAN LYNNE PRIMM,**
Debtor
**R. MICHAEL LOONEY AND SUSI LOONEY,**
Plaintiffs
v.
**JEFFREY PRIMM, SR. AND SUSAN LYNNE PRIMM,**
Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States
Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7660 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT**

...in thereof, or reject the
...d.

...AZORIA COUNTY
...UNICIPAL
...ILITY DISTRICT NO. 34

...OTICE TO BIDDERS

...B FURMAN, LTD. on be-
...lf of HARRIS COUNTY
...CID NO. 89 will receive
...ds for construction of
...ATER DISTRIBUTION,
...NITARY SEWER AND
...AINAGE FACILITIES TO
...RVE BRUNSWICK
...EADOWS SEC. 15, Job
... 1437-018-01, Contract
... 1; HARRIS COUNTY,
...xas" at the office of the
...GINEER (Pate Engi-
...ers, Inc., 13333 North-
...st Freeway, Suite 300,
...uston, Texas 77040).
...e project includes utili-
...s to serve a single-
...mily subdivision. A Pre-
... conference will be
...ld on Wednesday, June
... 2010 at 11:30 a.m. Lo-
... Time at the office of
... ENGINEER, and bids
...ll be publicly opened
...d read on Wednesday,
...y 7, 2010 at 3:00 p.m. Lo-
... Time at the office of
... ENGINEER. The Pre-
... conference is not
...ndatory.
...oposals must be ac-
...mpanied by a cashier's
...eck or a bid bond from
...urety company holding
...ermit in the State of
...xas for an amount
...ual to 2% of the
...ount bid. The amount
... said cashier's check or
...nd will be forfeited to
... OWNER and the bank
...surety shall be liable to
... OWNER for the
...ount in the event the
...ccessful bidder shall
... or refuse to enter into
... contract or furnish
...nds as hereafter re-
...red within ten (10)
...s after the date of no-
... of award.
... successful bidder
...st furnish a perfor-
...nce bond and a pay-
...nt bond on the forms
...vided, each in the
...ount of 100% of the
...ntract price from a
...ety company licensed
... the State of Texas.
...les of the Contract
...cuments, Technical
...ecifications and Plans
... available for review at
... office of the ENGI-
...R. Copies may be se-
...ed from the ENGINEER
... a $50.00 non refund-
...e fee.
... OWNER reserves the
...t to reject any or all
...s and to waive infor-
...lities or irregularities
...idding. In case of lack
...larity in stating prices,
... OWNER reserves the
...t to consider the most
...antageous construc-
... thereof, or reject the

... FURMAN, LTD.
...ehalf of
...RRIS COUNTY
...D NO. 89

...ERE DO YOU FIND
... BEST BUYS
...OUSTON?
...he city's largest clas-
...ed market place
...onicle Classifieds. Big
...s, small buys, items
...d or new, our classi-
... pages have a deal for
... Check today!

15-inches. (Key Map No.445 U, V, Z, Harris County, Texas).

Bids will be opened promptly after the closing time and read aloud in public. Any bid received after the closing time will not be considered and will be returned unopened.

Copies of the bidding documents, plans, and specifications may be obtained at a non-refundable cost of fifty dollars ($50.00) per set at the office of the Engineer, between the hours of 8:00 AM and 5:00 PM, Monday through Friday.

Each bid must be accompanied by a Bid Bond or cashier's check in the amount of at least five percent (5%) of the total amount of the bid as a guaranty that the Bidder will enter into a contract and execute bonds within ten (10) days after written notice of award. Bids without the required bid surety will not be considered.

The successful Bidder must secure performance bonds and payment bonds from a company that is listed in the U.S. Treasury list of acceptable surety companies (DOT Circular 570).

Owner reserves the right to reject any or all bids and to waive informalities in bidding.

Equal Opportunity in Employment - All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin. Bidders on this work will be required to comply with the President=s Executive Order No. 11246, as amended by Executive Order 11375, and as Supplemental in Department of Labor regulations 41 CFR part 60.

A **mandatory pre-bid conference** will be held at 2:00 pm on June 30, 2010, in the office of the Engineer at the above address. Attendance is a prerequisite for qualification of Bidders. Failure of a Bidder to attend the pre-bid conference will be cause for rejection of the bid.

**For the best buys, turn to** Chronicle Classifieds

two Water Plants in Harris County MUNICIPAL UTILITY DISTRICT No. 5. (Key Map No. 371-M & 372-P)

Bids will be opened promptly after the closing time and read aloud in public. Any bid received after the closing time will not be considered and will be returned unopened.

Copies of the bidding documents, plans, and specifications may be obtained at a non-refundable cost of one hundred dollars ($100.00) per set at the office of the Engineer, between the hours of 8:00 am and 5:00 pm, Monday through Friday.

Each bid must be accompanied by a bid bond or cashier's check in the amount of at least five percent (5%) of the total amount of the bid as a guaranty that the Bidder will enter into a contract and execute bonds within ten (10) days after written notice of award. Bids without the required bid surety will not be considered.

The successful Bidder must secure performance bonds and payment bonds from a company that is listed in the U.S. Treasury list of acceptable surety companies (DOT Circular 570).

Owner reserves the right to reject any or all bids and to waive informalities in bidding.

Equal Opportunity in Employment - All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin. Bidders on this work will be required to comply with the President's Executive Order No. 11246, as amended by Executive Order 11375, and as Supplemental in Department of Labor regulations 41 CFR part 60.

A mandatory pre-bid conference will be held at 2:00 pm on June 30, 2010, in the office of the Engineer at the above address. Attendance is a prerequisite for qualification of Bidders. Failure of a Bidder to attend the pre-bid conference will be cause for rejection of the bid.

the 17th day of May, 2010, Against Respondent (s), DAVID PAUL MUNGUIA, Cause No. 1997-07677 and entitled "In the Interest of" RACHEL ELIZABETH MUNGUIA, a child (or children).

The suit requests FIRST AMENDED PETITION TO MODIFY PARENT-CHILD RELATIONSHIP

The date and place of birth of the child (children) who is (are) subject of the suit

**RACHEL ELIZABETH MUNGUIA**
**FEMALE; 05/02/95;**

"THE COURT HAS AUTHORITY IN THIS SUIT TO ENTER ANY JUDGMENT OR DECREE IN THE CHILD'S (CHILDREN'S) INTEREST WHICH WILL BE BINDING UPON YOU INCLUDING THE TERMINATION OF THE PARENT-CHILD RELATIONSHIP, THE DETERMINATION OF PATERNITY AND THE APPOINTMENT OF A CONSERVATOR WITH AUTHORITY TO CONSENT TO THE CHILD'S (CHILDREN'S) ADOPTION."

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT HOUSTON, TEXAS ON THIS THE 18TH day of MAY, 2010.

**(SEAL)**
**LOREN JACKSON,**
**DISTRICT CLERK**
**Harris County, Texas**
**201 Caroline,**
**Houston, Texas 77002**
**P.O. Box 4651,**
**Houston, Texas 77210**
By: /s/ Mellissa Torres
Deputy

NEWSPAPER:
HOUSTON CHRONICLE
Issued at the request of:
CANDACE B. DEMARY
ADDRESS: 2200 NORTH LOOP WEST, SUITE 128
HOUSTON, TEXAS 77018
BAR NO # 24036249

**Compliant with Texas Medical Board Rule §165.4, destruction of all medical records of Lumar Diagnostic Imaging located at 8968 Kirby Dr. Houston, TX 77054 will occur July 23, 2010. Patients may retrieve records, prior to that date, by contacting eMEDISAFE, LP at 11500 Northwest Frwy, Suite 600, Houston, TX 77092, 713-956-2529 or by email at: info@emedisafe.com.**

**The best ad advice, the right price. Chronicle Classifieds 713-224-6868.**

United States
Bankruptcy Court
Southern District of Texas

**CASE NO. 08-34775**
**CHAPTER 7**
**ADV. PROC. NO. 08-3425.**

**IN RE JEFFREY CHASE PRIMM, SR AND SUSAN LYNNE PRIMM,**
Debtor
**R. MICHAEL LOONEY AND SUSI LOONEY,**
Plaintiffs
v.
**JEFFREY PRIMM, SR. AND SUSAN LYNNE PRIMM,**
Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States
Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson &
Wheelock, P.C.
7660 Woodway Drive,
Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 4/16/2010

(seal)
**DAVID J. BRADLEY**

By: /s/

**WANT TO BUY THAT SPECIAL ITEM YOU THOUGHT YOU COULDN'T AFFORD?** Turn to Houston's biggest and best classified section, **Chronicle Classifieds. There's more of everything you are in the market for!**


# Houston Chronicle Sales Reps Needed

Call Gregg 713.362.5674

y notified as been force the n by Plain- alty Mort- uccessors by and torney of B. Hard- ett Daffin r & Engel, nes Place, as 77056, dants the at Law of ales, and Heirs at y Mitchell r person ight, title, 05 Alpine n, Texas egally de-

ITY-THREE N VILLAS, IN HARRIS AS, AC- E MAP OR OF, RE- OLUME 8, 5 OF THE OF HARRIS

shall be shing this week for ve weeks day of July e newspa- in the s, if there per pub- but if not, st county spaper is this Cita- turned on JULY, 2010, two days is issued, ublication st twenty- re said re-

NOT, but d court on this Writ n thereon, you have ime.

N ct Clerk, exas MY HAND ID COURT as this 4th 10.

exas 77002 77210 rle, Clerk

ronicle quest of: way t. James 77056

038254

United States Bankruptcy Court Southern District of Texas

**CASE NO. 08-34775**
**CHAPTER 7**
**ADV. PROC. NO. 08-3425**

**IN RE JEFFREY CHASE PRIMM, SR AND SUSAN LYNNE PRIMM,**
Debtor
**R. MICHAEL LOONEY AND SUSI LOONEY,**
Plaintiffs
v.
**JEFFREY PRIMM, SR. AND SUSAN LYNNE PRIMM,**
Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States
Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7660 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 4/16/2010

(seal)
**DAVID J.BRADLEY**

By: /s/

---

**NOTICE OF PUBLIC HEARING REQUEST FOR SUPPORT OF A MUNICIPAL SETTING DESIGNATION CITY OF HOUSTON**

Date - Time:
8/04/2010 at 9:00 am
Place:
City Council Chambers
Address: 901 Bagby, Second Floor
Houston, Texas 77002

**Applicant 2010-026-FSS Information:**

Name: BAE Systems Resolution Corporation, Inc.

**Location:**
**4516 Harrisburg Blvd.**
Houston, Texas 77011,

**Legal Description:**
RES D BLK 3
HARRISBURG MARKET.

**Type of Contaminants Found:** Benzene, Methyl tert-butyl ether (MTBE), tetrachloroethene (PCE), trichloroethene (TCE), cis-1,2-dichloroethene (cis-1,2-DCE), 1,1-dichloroethene (1,1-DCE), vinyl chloride (VC), and arsenic

The purpose of an MSD is to create a means by which the TCEQ may limit the scope of investigations and response actions for groundwater contamination at a site, if the groundwater is prohibited from use as a source of potable water. Any person owning, operating or controlling the designated property remains responsible for complying with all applicable federal and state laws and regulations and all ordinances, rules and regulations of the city. If the City Council approves the application, it will enact an ordinance prohibiting the use of designated groundwater beneath the site for potable purposes and supporting the application to the TCEQ. "Potable water" means water used for irrigation, production of food or drink products intended for human consumption, drinking, showering, bathing, or cooking purposes.

Any person wishing to speak on this issue must contact the City Secretary's office at (832) 393-1100 to reserve time no later than 8:30 am on 8/04/2010.

---

**SELLING SUCCESS**
starts with
**Chronicle Classifieds**
**713-224-6868.**

The 2009-2010 accreditation status of the Juan B. Galaviz Charter School is Accredited-Warned. A status of Accredited Warned means that a charter district exhibits deficiencies in performance that if not addressed will lead to probation or revocation of the district's accreditation status. The Juan B. Galaviz Charter School has been assigned an Accredited-Warned Status due to the ratings assigned to the district in the state's academic accountability and financial accountability rating system. The school was assigned a 2009 academic accountability rating of Academically Unacceptable and a 2009 financial accountability of review rating of Substandard Achievement. The charter district is addressing the deficiency by implementing a 3 tiered instructional program using the RtI model. In accounting the school has hired an MBA accountant. For detailed information access TEA at http://ritter.tea.state.tx.us/accred status/. For questions on the assignment of an Accredited-Warned status to the Juan B. Galaviz Charter School or its improvement efforts contact the superintendent at 832-300-6010 or lcano@galavizacademy.org

**Shop Chronicle Classifieds** every day for the best bargains and selection.

**SELLING SUCCESS starts with Chronicle Classifieds 713-224-6868.**

**To place bids or proposal notices email legals@chron.com**

**View legal notices at chron.com/legals**

**Get the public's attention**
**CHRONICLE LEGAL NOTICES e-mail legals@chron.com call 713-224-6868**