

# HOUSTON COMMUNITY NEWSPAPERS

## AFFIDAVIT OF PUBLICATION

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Personally appeared before the undersigned, a Notary Public within and for said County and State. _Christa Grimes_, Representative for _James Hobson_ Publisher of the _Cy-Fair, Cypress Sun_, a newspaper of general circulation in the County of _Harris_, State of Texas. Who being duly sworn, states under oath that the report of _Legal Notices_, a true copy of which is hereto annexed was published in said newspapers in its issue(s) of the

_9_ day of _June_, 2010
_16_ day of _June_, 2010
_23_ day of _June_, 2010
and the _30_ day of _June_, 2010

_____
Publisher's Representative

Sworn to and subscribed before me this _1_ day of _July_, 2010.

_____
Notary Public

My commission expires on _____



LINDSAY RAE GANN
Notary Public, State of Texas
My Commission Expires
March 13, 2013

UNITED STATES BANKRUPTCY COURT
Southern District of Texas

IN RE JEFFREY CHASE PRIMM, SR AND ) CASE NO. 08-34775
SUSAN LYNNE PRIMM, )
                Debtor ) CHAPTER 7
R. MICHAEL LOONEY AND SUSI LOONEY, )
                Plaintiffs )
     v. )
JEFFREY CHASE PRIMM, SR. AND )
SUSAN LYNNE PRIMM )
                Defendants ) ADV. PROC. NO. 08-3425

## SUMMONS IN AN ADVERSARY PROCEEDING

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE HEREBY SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7600 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ David J. Bradley
4/16/10              By: /s/ Shannon Butler

CY 6/9, 6/16, 6/23 & 6/30

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**

IN RE JEFFREY CHASE PRIMM, SR AND ) CASE NO. 08-34775
SUSAN LYNNE PRIMM, )
　　　　　　　　　　　　　Debtor ) CHAPTER 7
R. MICHAEL LOONEY AND SUSI LOONEY, )
　　　　　　　　　　　　　Plaintiffs )
　　　　　v. )
JEFFREY CHASE PRIMM, SR. AND )
SUSAN LYNNE PRIMM )
　　　　　　　　　　　　　Defendants ) ADV.
PROC. NO. 08-3425

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE HEREBY SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7600 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT MY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

　　　　　　　　　　　　　　　　/s/ David J. Bradley
4/16/10
　　　　　　　　　　　　　　　By: /s/ Shannon Butler

CY 6/9, 6/16, 6/23 & 6/30

UNITED STATES BANKRUPTCY COURT
Southern District of Texas

IN RE JEFFREY CHASE PRIMM, SR AND        )   CASE
NO. 08-34775                             )
SUSAN LYNNE PRIMM,                       )
                        Debtor )   CHAPTER 7
R. MICHAEL LOONEY AND SUSI LOONEY,       )
                        Plaintiffs )
              v.                         )
JEFFREY CHASE PRIMM, SR. AND             )
SUSAN LYNNE PRIMM                        )
                        Defendants )   ADV.
PROC. NO. 08-3425

SUMMONS IN AN ADVERSARY PROCEEDING

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE HEREBY SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7600 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT MY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                              /s/ David J. Bradley
4/16/10                       By: /s/ Shannon Butler

CY 6/9, 6/16, 6/23 & 6/30

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**

| | |
|---|---|
| IN RE JEFFREY CHASE PRIMM, SR AND ) | CASE |
| NO. 08-34775 ) | |
| SUSAN LYNNE PRIMM, ) | |
| Debtor ) | CHAPTER 7 |
| R. MICHAEL LOONEY AND SUSI LOONEY, ) | |
| Plaintiffs ) | |
| v. ) | |
| JEFFREY CHASE PRIMM, SR. AND ) | |
| SUSAN LYNNE PRIMM ) | |
| Defendants ) | ADV. |

PROC. NO. 08-3425

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:
Jeffrey Chase Primm, Sr.
10807 Silverado Trace
Cypress, Texas 77095

YOU ARE HEREBY SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
United States Court House
Clerk of Court
515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jeffrey W. Wheelock
Dickinson & Wheelock, P.C.
7600 Woodway Drive, Suite 460
Houston, Texas 77063

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT MY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

/s/ David J. Bradley
4/16/10         By: /s/ Shannon Butler

CY 6/9, 6/16, 6/23 & 6/30