**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Jeffrey Chase Primm Sr.
   Susan Lynne Primm
   **Debtor(s)**

Case No.: 08–34775

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/17/10

_____
KAREN K BROWN
United States Bankruptcy Judge